﻿Citation Nr: 19158979
Decision Date: 07/30/19 Archive Date: 07/30/19

DOCKET NO. 15-39 053
DATE: July 30, 2019

REMANDED

Entitlement to a rating higher than 50 percent for major depressive disorder is remanded.

Entitlement to total disability rating based on individual unemployability (TDIU) is remanded.

REASONS FOR REMAND

The Veteran testified before the undersigned Veterans Law Judge in a July 2019 Travel Board hearing. A transcript of that hearing has been associated with the file.

During the July 2019 hearing the Veteran asserted that her depression has increased in severity since she was last examined by VA in April 2014. She described having panic attacks, poor hygeine, never having a “good day,” and monthly suicidal ideation. In a July 2019 statement, she also described flashbacks, increased anxiety, and withdrawl from society. The Veteran should be provided an opportunity to report for a VA examination to ascertain the current level of severity and manifestations of her depression. 

Aditionally, pursuant to Rice v. Shinseki, 22 Vet. App. 447 (2009), a claim for a total disability rating based on individual unemployability (TDIU) is part of an increased rating claim when such claim is expressly raised by the veteran or reasonably raised by the record. During the July 2019 hearing, the Veteran stated that she was unemployed. Also, in July 2019 the Veteran filed a VA Form 21-8940, stating that she has not been able to secure gainful employment since March 1999 as a result of her depression. Therefore, the Board has jurisdiction over this issue as part and parcel of her increased rating claim and has listed such on the title page. Finally, because a decision on the remanded issue of increased rating for major depressive disorder could significantly impact a decision on the issue of TDIU, the issues are inextricably intertwined. As such a remand of the claim for TDIU is required. This will also allow the RO to adjudicate the matter in first instance. 

The matters are REMANDED for the following action:

1. Obtain and associate with the Veteran’s claims file any outstanding VA treatment records documenting treatment for a psychiatric disorder, to include depression. The Veteran should also be afforded the opportunity to identify and/or submit any outstanding private treatment records, to include records from Good Samaritan Center. 

2. Schedule the Veteran for an examination by an appropriate clinician to determine the current level of severity of her service-connected major depressive disorder. If possible, the Board requests that the examination be performed by a female examiner. 

The examiner should provide a full description of the disability and report all signs and symptoms necessary for evaluating the Veteran’s disability under the rating criteria. 

To the extent possible, the examiner should identify any symptoms and social and occupational impairment due to her service-connected psychiatric disorder. 

 

H.M. WALKER

Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD T. Talamantes, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.